# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN SIMPSON, *Plaintiff,* v. LM GENERAL INSURANCE CO., *Defendants.* | CIVIL ACTION NO. 23-4133 |

## ORDER

**AND NOW**, this 20th day of November, 2024, upon consideration of Defendants' Motion for Summary Judgment, (ECF No. 19), and Plaintiff's Response, (ECF No. 20), it is hereby **ORDERED** that the Motion is **DENIED** and judgment is **GRANTED** in favor of Simpson on the coverage issue.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.